# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC SHIELDS, | No. 4:18-CV-00185 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| SUPERINTENDENT MAHAILY, DEPUTY WARDEN JOHN DOE, M. GOYNE, C.O. SHEAR, and C.O. HOPKINS, | |
| Defendants. | |

## ORDER

**FEBRUARY 13, 2019**

On January 11, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation[1] recommending that this Court dismiss all claims brought by Eric Shields against Superintendent Mahally, Deputy Warden John Doe, and M.Goyne.[2] Because Magistrate Judge Carlson previously gave Mr. Shields an opportunity to amend his claims against those defendants,[3] and because Mr. Shields failed to do so sufficiently, Magistrate Judge Carlson recommended that the dismissal be with prejudice.

On January 17, 2019, Mr. Shields filed an Objection[4] to Magistrate Judge Carlson's Report and Recommendation. In that document, Mr. Shields does not dispute

---

[1] ECF No. 13.
[2] ECF No. 9.
[3] ECF No. 8.
[4] ECF No. 14.

Magistrate Judge Carlson's conclusion vis-à-vis the sufficiency of the allegations against the three defendants in question,[5] but instead argues that he should be given another opportunity to amend his claims against those defendants.[6] This Court disagrees, finding that another bite at the proverbial apple would be both inequitable and futile.[7]

Therefore, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation, ECF No. 13, is **ADOPTED IN ITS ENTIRETY**.

2. All claims in Plaintiff's Amended Complaint, ECF No. 9, against Superintendent Mahaily, Deputy Warden John Doe, and M. Goyne, are **DISMISSED WITH PREJUDICE**.

3. Plaintiff's Motion to Amend/Correct, ECF No.15, is **DENIED**.

4. This case is remanded back to Magistrate Judge Carlson.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[5] The Court agrees with Magistrate Judge Carlson's conclusion that those allegations are insufficient to state a claim upon which relief can be granted.
[6] Mr. Shields contemporaneously filed a Motion to Amend/Correct Complaint. ECF No. 15. This document is identical to his Objection.
[7] *See Phillips v. County of Allegheny*, 515 F.3d 224, 236 (3rd Cir. 2008); *see also Alston v. Parker*, 363 F.3d 229, 234 n.7 ("[D]ismissals with prejudice may be appropriate where . . . the repleading does not remedy the Rule 8 violation.").